01
02
03
04
05
06

07 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
08 AT SEATTLE

09 KENNETH MARTIN, )
) CASE NO. C12-2179-RSL-MAT
10     Petitioner, )
)
11 v. )
) ORDER ACCEPTING
12 JEFFREY UTTECHT, ) MEMORANDUM AND GRANTING
) RESPONDENT EXTENSION OF
13     Respondent. ) TIME TO ANSWER
_____ )
14

15     Petitioner Kenneth Martin proceeds *pro se* in this habeas corpus matter pursuant to 28

16 U.S.C. § 2254. Petitioner filed a motion to accept a memorandum of law in support of his

17 habeas petition. (Dkt. 7.) Respondent objects to the memorandum as filed six weeks after the

18 habeas petition and shortly before the due date of respondent's answer. (Dkt. 8.) Respondent

19 alternatively requests, if the memorandum is accepted, that the Court grant a forty-five day

20 extension of time for the filing of the answer. Having considered the motion, the response, and

21 the balance of the record, the Court does hereby find and ORDER as follows:

22     (1)     Although petitioner failed to explain the late filing of his memorandum, the

ORDER RE: MEMORANDUM
PAGE -1

01 Court concludes that it should be considered by respondent in the filing of the answer. Petitioner's motion to accept a memorandum of law in support of his habeas petition (Dkt. 7) is, accordingly, GRANTED. In so doing, the Court further finds respondent entitled to an extension of time to respond to the petition and memorandum. Respondent must file his answer to the petition on or before **March 28, 2013.**

(2) The Clerk shall direct copies of this Order to the parties and to the Honorable Robert S. Lasnik.

DATED this 4th day of February, 2013.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge